ILLOVSKY GATES & CALIA LLP
Matthew Dirkes (State Bar No. 255215)
matt@illovskygates.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
Loamy Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOAMY HERNANDEZ,<br><br>Defendant. | Case 3:25-cr-00273-MMC<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Defendant Loamy Hernandez and the United States of America, through undersigned counsel, hereby stipulate and request that the Court modify the Orders Setting Conditions of Release, ECF Nos. 34 and 40, relating to her location restrictions, as follows: Ms. Hernandez may leave her residence and travel directly to and from the Consulate General of Guatemala, located at 659 A Merchant St., San Francisco, CA 94111, to obtain her identification, which she in turn needs to obtain her child's U.S. passport.  Ms. Hernandez shall inform her Pretrial Services Officer about when she will visit the consulate.  Undersigned counsel of record has conferred with Ms. Hernandez's Pretrial Services Officer and he does not object to the requested modification.

**IT IS SO STIPULATED**.

Dated:  January 15, 2026

_/s/Matthew Dirkes_____
MATTHEW DIRKES
Counsel for Loamy Hernandez

CRAIG MISSAKIAN
United States Attorney

_/s/Colin Sampson_____
COLIN SAMPSON
Assistant United States Attorney

### ORDER

Having reviewed the foregoing motion and good cause having been shown, it is hereby ordered that defendant Loamy Hernandez may leave her residence and travel directly to and from the Consulate General of Guatemala, located at 659 A Merchant St., San Francisco, CA 94111, to obtain her identification.  Ms. Hernandez shall inform her Pretrial Services Officer about when she will visit the consulate.

**IT IS SO ORDERED.**

DATED:  January 16, 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION TO MODIFY
CONDITIONS OF RELEASE
Case 3:25-cr-00273-MMC