ILLOVSKY GATES & CALIA LLP
Matthew Dirkes (State Bar No. 255215)
matt@illovskygates.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
Loamy Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOAMY HERNANDEZ,<br><br>Defendant. | Case 3:25-cr-00273-MMC<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Defendant Loamy Hernandez and the United States of America, through undersigned counsel, hereby stipulate and request that the Court modify the Orders Setting Conditions of Release, ECF Nos. 34, 40, and 54, relating to her location restrictions, as follows: Ms. Hernandez should now be subject to a curfew and may leave her residence at 7:00 a.m. and must return by 6:00 p.m.  She may continue to attend religious services on Wednesdays from 7:00 p.m. to 10:00 p.m., as previously ordered by the Court.  ECF No. 54.

Undersigned counsel for Ms. Hernandez has conferred with her Pretrial Services Officer and confirmed that he does not object to the requested modification.

**IT IS SO STIPULATED**.

Dated:  March 18, 2026

_/s/Matthew Dirkes_____
MATTHEW DIRKES
Counsel for Loamy Hernandez

CRAIG MISSAKIAN
United States Attorney

_/s/Jeffrey Bornstein_____
JEFFREY BORNSTEIN
Assistant United States Attorney

## ORDER

Having reviewed the foregoing motion and good cause having been shown, it is hereby ordered that defendant Loamy Hernandez's conditions of release are modified such that she now is subject to a curfew.  She may leave her residence at 7:00 a.m. and must return by 6:00 p.m.  She may continue to attend religious services on Wednesdays from 7:00 p.m. to 10:00 p.m., as previously ordered by the Court.  ECF No. 54.

**IT IS SO ORDERED.**

DATED:  March 23, 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION TO MODIFY
CONDITIONS OF RELEASE
Case 3:25-cr-00273-MMC